IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Connisha Butler,

Plaintiff(s),

v.

Ford Motor Company et al,

Defendant(s).

Case No. 21 C 1244
Judge Lindsay C. Jenkins

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes      pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

☒ other: Ford's motion for summary judgment [75] is granted. Judgment is entered in favor of Defendant Ford and against Plaintiff Connisha Butler on Counts II and III of Plaintiff's complaint. Count V is voluntarily dismissed as to Defendant Malloy without prejudice.   Civil case closed.

This action was *(check one)*:

☐ tried by a jury with Judge Lindsay C. Jenkins presiding, and the jury has rendered a verdict.
☐ tried by Judge Lindsay C. Jenkins without a jury and the above decision was reached.
☒ decided by Judge Lindsay C. Jenkins on motion for summary judgment.

Date:  9/7/2023                              Thomas G. Bruton, Clerk of Court

                                             Jackie Deanes, Deputy Clerk